**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7608**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BOBBY ARION DINKINS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Martin K. Reidinger, Chief District Judge. (3:08-cr-00254-MR-1)

Submitted: July 15, 2021                                    Decided: July 27, 2021

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby Arion Dinkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Arion Dinkins appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. We review for abuse of discretion the district court's denial of a compassionate release motion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). After reviewing the record, we conclude that the district court did not abuse its discretion in determining that the 18 U.S.C. § 3553(a) factors weighed against granting compassionate release in Dinkins' case. *See United States v. High*, 997 F. 3d 181, 187-91 (4th Cir. 2021). Accordingly, we affirm the district court's order. *See United States v. Dinkins*, No. 3:08-cr-00254-MR-1 (W.D.N.C. Oct. 5, 2020). We deny Dinkins' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*